IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**JOHNNY ANDREW MCGILL**,         *

      Plaintiff,         *

v.         Case No.  5:22-cv-418-MTT

               *

**RIVERBEND CORRECTIONAL FACILITY, et al.**,         *

      Defendant.         *

## J U D G M E N T

Pursuant to this Court's Order dated March 28, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of March, 2023.

      David W. Bunt, Clerk


      s/ Erin Pettigrew, Deputy Clerk